UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERIBERTO ARREOLA, an individual, on behalf of himself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE FINISH LINE,<br><br>　　　　　Defendant. | Case No.: 14-CV-03339-LHK<br><br>ORDER VACATING HEARING |

　　Before the Court is Plaintiff Arreola's motion to remand, ECF No. 19, and Defendant Finish Line's motion to transfer venue, ECF No. 20, both currently set for hearing on October 30, 2014, at 1:30 p.m. Pursuant to Civil Local Rule 7-1(b), the Court finds these motions appropriate for resolution without oral argument and hereby VACATES the hearing on these motions.

**IT IS SO ORDERED.**

Dated: October 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge